IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| EVARISTO ADAN,<br>Plaintiff,<br><br>v.<br><br>ALLSTATE TEXAS LLOYD'S,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. DR-15-CV-028BAM/CW |

## ORDER

Pending before the Court is the parties' Agreed Stipulation of Dismissal Without Prejudice. (ECF No. 26.) The motion is hereby **GRANTED**. It is **ORDERED** that this case be dismissed without prejudice and that the parties bear their own costs.

Furthermore, the parties' pending motions for summary judgment and leave to file a reply (ECF Nos. 20 & 22) are hereby **DENIED AS MOOT**.

A Clerk's Judgment shall issue.

SIGNED and ENTERED on this 2nd day of Aug, 2016.

ALIA MOSES
United States District Judge